■ In the Matter of JAMES J. MCENROE, an Attorney.— Respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Concur— Milonas, J. P., Rosenberger, Ellerin, Kassal and Smith, JJ.